No. 97–6031. MANALO v. TERRITORY OF GUAM. C. A. 9th Cir. Certiorari denied.

No. 97–6036. BRANTLEY v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 97–6044. MAHDAVI v. ONE HUNDRED STATE, COUNTY, AND CITY OFFICIALS. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–6048. PALO v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–6049. BUCHANAN v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 97–6050. WIGGINS v. PICKETT, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6051. THOMAS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–6054. BONDS, AKA WILLIAMS v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 97–6056. ESPINOZA CRUZ v. TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 97–6058. PLANCARTE v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97–6062. LEWIS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 97–6063. NUNLEY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–6064. ISRAEL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–6065. VANDIVER v. HAWLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–6068. SMITH v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.